## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| HELEN JIA (AKA JINGMIN ROGERS), an individual, SARAH SORMILLON, an individual, and all those similarly situated, | § § § § | |
| | § | |
| Plaintiffs, | § § | |
| | § | |
| vs. | § § | Civil Action No. 3:17-cv-03057-S |
| | § | |
| NERIUM INTERNATIONAL, LLC, a Texas limited liability company, NERIUM SKIN CARE, INC., a Texas corporation, NERIUM BIOTECHNOLOGY, INC., a Texas corporation, NATURAL TECHNOLOGY, D/B/A NATURTECH, a Texas corporation, JEFF OLSON, an individual, RENEE OLSON, an individual, AMBER OLSON ROURKE, an individual, MICHAEL SHOUHED, an individual, and DOES 1-10, | § § § § § § § § § § § § | |
| | § | |
| Defendants. | § § | |

## APPENDIX IN SUPPORT OF MOTION BY DEFENDANTS NERIUM INTERNATIONAL, LLC, JEFF OLSON, RENEE OLSON, AND AMBER OLSON ROURKE TO REOPEN CASE AND ENTER DISMISSAL PURSUANT TO SETTLEMENT

| Item/Description | Page |
|---|---|
| Declaration of Gail Lane | App-05 |
| Declaration of Harrison Brown | App-07 |
| Exhibit 1 to Declaration of Harrison Brown | App-10 |

Dated: June 9, 2020          *Respectfully submitted*,


By:*/s/ Harrison Brown*

BLANK ROME LLP

    Mike Margolis (admitted *pro hac vice*)
    MMargolis@BlankRome.com
    Naki Margolis (admitted *pro hac vice*)
    NMargolis@BlankRome.com
    Ana Tagvoryan (admitted *pro hac vice*)
    ATagvoryan@BlankRome.com
    Harrison Brown (admitted *pro hac vice*)
    HBrown@BlankRome.com
    2029 Century Park East, 6th Floor
    Los Angeles, CA 90067
    Tel.:    424.239.3400
    Fax:    424.239.3434

    Joshua Huber (TX Bar No. 24065457)
    JHuber@BlankRome.com
    717 Texas Avenue, Suite 1400
    Houston, Texas 77002
    Tel.:    713.632.6601
    Fax:    713.228.6605

CARRINGTON,  COLEMAN,  SLOMAN  & BLUMENTAL,  LLP

    Monica Latin (TX Bar No. 00787881)
    MLatin@ccsb.com
    Parker Graham (TX Bar No. 24087612)
    PGraham@ccsb.com
    901 Main Street, Suite 5500
    Dallas, TX 75202
    Tel.:    214.855.3000
    Fax:    214.855.1333

    Attorneys for Defendants
    NERIUM INTERNATIONAL, LLC, JEFF OLSON, RENEE
    OLSON, and AMBER OLSON ROURKE

## CERTIFICATE OF SERVICE

On June 9, 2020, I caused the foregoing document to be electronically submitted to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have caused all counsel of record to be served electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), as follows:

KENDALL LAW GROUP, LLP
Joe Kendall
jkendall@kendalllawgroup.com
3811 Turtle Creek, Suite 1450
Dallas, Texas 75219
Tel.:   214.744.3000
Fax:   214.744.3015

LINDEMANN LAW FIRM, APC
Blake J. Lindemann
blake@lawbl.com
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Tel.:   310.279.5269
Fax:   310.300.0267

Attorneys for Plaintiffs
HELEN JIA (AKA JINGMIN ROGERS) and SARAH SORMILLON

DRINKER BIDDLE & REATH LLP
Jeffrey Jacobson
Jeffrey.Jacobson@dbr.com
1177 Avenue of the Americas
New York, NY 10536
Tel.:   212.248.3191
Fax:   212.248.3141

BURNS CHAREST LLP
Daniel H. Charest
dcharest@burnscharest.com
Mallory Toby Biblo
mbiblo@burnscharest.com
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel.:   469.904.4550
Fax:   469.444.5002

Attorneys for Defendant
MICHAEL SHOUHED

SQUIRE PATTON BOGGS (US) LLP
Jonathan R. Mureen
jon.mureen@squirepb.com
Brian Matthew Gillett
brian.gillett@squirepb.com
Alexander J. Toney
alex.toney@squirepb.com
Samuel R. Genovese
samuel.genovese@squirepb.com
2000 McKinney Ave., Suite 1700
Dallas, TX 75201
Tel.:   214.758.1500
Fax:   214.758.1550

Attorneys for Defendants
NERIUM SKINCARE, INC.,
NERIUM BIOTECHNOLOGY, INC., and
NATURAL TECHNOLOGY, INC., D/B/A NATURTECH

By:/s/ Harrison Brown
Harrison Brown

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| HELEN JIA (AKA JINGMIN ROGERS), an individual, SARAH SORMILLON, an individual, and all those similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>NERIUM INTERNATIONAL, LLC, a Texas limited liability company, NERIUM SKIN CARE, INC., a Texas corporation, NERIUM BIOTECHNOLOGY, INC., a Texas corporation, NATURAL TECHNOLOGY, D/B/A NATURTECH, a Texas corporation, JEFF OLSON, an individual, RENEE OLSON, an individual, AMBER OLSON ROURKE, an individual, MICHAEL SHOUHED, an individual, and DOES 1-10,<br><br>            Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:17-cv-03057-S |

## DECLARATION OF GAIL LANE

I, Gail Lane, declare as follows:

1.    I am General Counsel for Nerium International, LLC ("Nerium").[1]  I make this declaration of my personal knowledge, and could and would testify competently hereto.

2.    Helen Jia ("Jia") and Sarah Sormillon ("Sormillon") (collectively, "Plaintiffs") and Nerium, Jeff Olson, Renee Olson, and Amber Olson Rourke (collectively, "Defendants") entered into a confidential settlement agreement to resolve their respective claims against each other, effective January 28, 2020 (the "Settlement Agreement").

3.    The final specified precondition for entry of dismissal pursuant to the Settlement Agreement was completed on April 23, 2020.

4.    On May 26, 2020, I contacted Blake Lindemann, counsel for Plaintiffs, by email to inquire about the status of the dismissal of the district court action and to advise that Defendants were considering a motion to enforce the Settlement Agreement. Mr. Lindemann did not respond.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 9th day of June, 2020, at Farmers Branch, Texas.

By: _____
Gail Lane

---

[1] Nerium International, LLC recently changed its name to "Neora, LLC." For convenience, to avoid confusion, and because all the events at issue in this case occurred while (or even before) the company's name was "Nerium International, LLC," Defendants will continue to refer to the company as "Nerium."

**DECLARATION OF GAIL LANE**                                                PAGE 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| HELEN JIA (AKA JINGMIN ROGERS), an individual, SARAH SORMILLON, an individual, and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NERIUM INTERNATIONAL, LLC, a Texas limited liability company, NERIUM SKIN CARE, INC., a Texas corporation, NERIUM BIOTECHNOLOGY, INC., a Texas corporation, NATURAL TECHNOLOGY, D/B/A NATURTECH, a Texas corporation, JEFF OLSON, an individual, RENEE OLSON, an individual, AMBER OLSON ROURKE, an individual, MICHAEL SHOUHED, an individual, and DOES 1-10,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § §<br><br>Civil Action No. 3:17-cv-03057-S |

## DECLARATION OF HARRISON BROWN

I, Harrison Brown, declare as follows:

1.      I am one of the attorneys at Blank Rome LLP responsible for handling this matter on behalf of Nerium International, LLC ("Nerium"),[1] Jeff Olson, Renee Olson, and Amber Olson Rourke (collectively, "Defendants").  I make this declaration of my personal knowledge, and could and would testify competently hereto.

2.      Helen Jia ("Jia") and Sarah Sormillon ("Sormillon") (collectively, "Plaintiffs") and Defendants entered into a confidential settlement agreement to resolve their respective claims against each other, effective January 28, 2020 (the "Settlement Agreement").

3.      Section 5 of the Settlement Agreement states that within five (5) calendar days following the completion of specified conditions:

> (a) [Plaintiffs] will file dismissals with prejudice of their respective individual claims in the District Court Action and dismissals without prejudice of the putative class claims; (b) Jia will file a dismissal with prejudice of her claims in the Jia Arbitration; (c) Sormillon will file a dismissal with prejudice of her individual claims in the Sormillon Arbitration and dismissals without prejudice of the putative class claims; and (d) the [Defendants] will file dismissals with prejudice of their respective claims in the Jia and Sormillon Arbitrations.  [Defendants] will prepare these documents for filing, form to be jointly approved, which approval shall not unreasonably be withheld.

The Settlement Agreement contains a confidentiality provision which restricts disclosure except under certain circumstances, including as required by law.

4.      Upon completion of the final specified precondition to entry of dismissal under the Settlement Agreement on April 23, 2020 as set forth in the Declaration of Gail Lane filed concurrently herewith, on May 6, 2020, Blake Lindemann, counsel for Plaintiffs, approved the filing of stipulations of dismissal of the individual arbitrations commenced by Defendants against

---

[1] Nerium International, LLC recently changed its name to "Neora, LLC."  For convenience, to avoid confusion, and because all the events at issue in this case occurred while (or even before) the company's name was "Nerium International, LLC," Defendants will continue to refer to the company as "Nerium."

Plaintiffs.  The respective arbitrators granted the stipulations and dismissed each of the individual arbitrations.

5.      Defendants prepared a Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (the "District Court Dismissal") as required by the Settlement Agreement.  A true and correct copy of the District Court Dismissal is attached hereto as **Exhibit 1**.

6.      Plaintiffs have yet to file the District Court Dismissal as required by the Settlement Agreement.

7.      On May 13, 18, 19, and 20, 2020, I emailed Mr. Lindemann and his co-counsel, Joe Kendall, to request that they file the District Court Dismissal.  I have not received a response to any of these email messages.

8.      On May 19 and 20, 2020, I attempted to contact Mr. Lindemann by phone to request that he file the District Court Dismissal.  Both calls went to Mr. Lindemann's voicemail, whereupon I left voicemail messages.  I have not received a response to any of these voicemail messages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 9th day of June, 2020, at Los Angeles, California.


By: *Harrison M. Brown*
    Harrison Brown


**DECLARATION OF HARRISON BROWN**                                              **PAGE 3**

142563.00604/123375321v.1

EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| HELEN JIA (AKA JINGMIN ROGERS), an individual, SARAH SORMILLON, an individual, and all those similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>NERIUM INTERNATIONAL, LLC, a Texas limited liability company, NERIUM SKIN CARE, INC., a Texas corporation, NERIUM BIOTECHNOLOGY, INC., a Texas corporation, NATURAL TECHNOLOGY, D/B/A NATURTECH, a Texas corporation, JEFF OLSON, an individual, RENEE OLSON, an individual, AMBER OLSON ROURKE, an individual, MICHAEL SHOUHED, an individual, and DOES 1-10,<br><br>                    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:17-cv-03057-S |

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Helen Jia (aka Jingmin Rogers) and Sarah Sormillon (collectively, "Plaintiffs") voluntarily dismiss their individual claims with prejudice and their class claims without prejudice.

DATED: May 1, 2020

By: _____

LINDEMANN LAW FIRM, APC
Blake Lindemann (admitted *pro hac vice*)
blake@lawbl.com
433 North Camden Drive | 4th Floor
Beverly Hills, CA 90210
Telephone: 310.279.5269
Facsimile: 310.300.0267

KENDALL LAW GROUP, PLLC
Joe Kendall
jkendall@kendalllawgroup.com
3232 McKinney | Suite 700
Dallas, TX 75204
Telephone: 214.744.3000
Facsimile: 214.744.3015

Attorneys for Plaintiffs
HELEN JIA and SARAH SORMILLON

142563.00604/122537505v.1

## CERTIFICATE OF SERVICE

On May 1, 2020, I caused the foregoing document to be electronically submitted to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have caused all counsel and/or *pro se* parties of record to be served electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), as follows:

BLANK ROME LLP
Mike Margolis
mmargolis@blankrome.com
Ana Tagvoryan
atagvoryan@blankrome.com
Naki Margolis
nmargolis@blankrome.com
Harrison Brown
hbrown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

BLANK ROME LLP
Joshua Huber
jhuber@blankrome.com
717 Texas Avenue | Suite 1400
Houston, TX 77002
Tel.:    713.228.6601
Fax:    713.228.6605

CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP
Monica Latin
mlatin@ccsb.com
Parker Graham
pgraham@ccsb.com
901 Main Street | Suite 5500
Dallas, TX 75202
Telephone:    214.885.3000
Facsimile:    214.885.1333

Attorneys for Defendants
NEORA INTERNATIONAL, LLC (FKA NERIUM INTERNATIONAL, LLC), JEFF OLSON, RENEE OLSON, and AMBER OLSON ROURKE

DRINKER BIDDLE & REATH LLP
Jeffrey Jacobson
Jeffrey.Jacobson@dbr.com
1177 Avenue of the Americas
New York, NY 10536
Tel.:    212.248.3191
Fax:    212.248.3141

BURNS CHAREST LLP
Daniel H. Charest
dcharest@burnscharest.com
Mallory Toby Biblo
mbiblo@burnscharest.com
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel.:    469.904.4550
Fax:    469.444.5002

Attorneys for Defendant
MICHAEL SHOUHED

NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)                    PAGE 2

SQUIRE PATTON BOGGS (US) LLP
Jonathan R. Mureen
jon.mureen@squirepb.com
Brian Matthew Gillett
brian.gillett@squirepb.com
Alexander J. Toney
alex.toney@squirepb.com
Samuel R. Genovese
samuel.genovese@squirepb.com
2000 McKinney Ave., Suite 1700
Dallas, TX 75201
Tel.:    214.758.1500
Fax:    214.758.1550

Attorneys for Defendants
NERIUM SKINCARE, INC.,
NERIUM BIOTECHNOLOGY, INC., and
NATURAL TECHNOLOGY, INC., D/B/A NATURTECH

By: */s/ Blake Lindemann* _____
          Blake Lindemann

142563.00604/122537505v.1

App-014