# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| HELEN JIA (AKA JINGMIN ROGERS), an individual, SARAH SORMILLON, an individual, and all those similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 3:17-cv-03057-S |
| NERIUM INTERNATIONAL, LLC, a Texas limited liability company, NERIUM SKIN CARE, INC., a Texas corporation, NERIUM BIOTECHNOLOGY, INC., a Texas corporation, NATURAL TECHNOLOGY, D/B/A NATURTECH, a Texas corporation, JEFF OLSON, an individual, RENEE OLSON, an individual, AMBER OLSON ROURKE, an individual, MICHAEL SHOUHED, an individual, and DOES 1-10, | § § § § § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Helen Jia (aka Jingmin Rogers) and Sarah Sormillon (collectively, "Plaintiffs") voluntarily dismiss their individual claims with prejudice and their class claims without prejudice.

DATED:  June 9, 2020

By: /s/ Blake J. Lindemann
    LINDEMANN LAW FIRM, APC
    Blake Lindemann (admitted *pro hac vice*)
    blake@lawbl.com
    433 North Camden Drive | 4th Floor
    Beverly Hills, CA 90210
    Telephone:310.279.5269
    Facsimile: 310.300.0267

    KENDALL LAW GROUP, PLLC
    Joe Kendall
    jkendall@kendalllawgroup.com
    3232 McKinney | Suite 700
    Dallas, TX 75204
    Telephone:214.744.3000
    Facsimile: 214.744.3015

    Attorneys for Plaintiffs
    HELEN JIA and SARAH SORMILLON

## CERTIFICATE OF SERVICE

On June 9, 2020, I caused the foregoing document to be electronically submitted to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have caused all counsel and/or *pro se* parties of record to be served electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), as follows:

BLANK ROME LLP
Mike Margolis
mmargolis@blankrome.com
Ana Tagvoryan
atagvoryan@blankrome.com
Naki Margolis
nmargolis@blankrome.com
Harrison Brown
hbrown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

BLANK ROME LLP
Joshua Huber
jhuber@blankrome.com
717 Texas Avenue | Suite 1400
Houston, TX 77002
Tel.:    713.228.6601
Fax:    713.228.6605

CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP
Monica Latin
mlatin@ccsb.com
Parker Graham
pgraham@ccsb.com
901 Main Street | Suite 5500
Dallas, TX 75202
Telephone:    214.885.3000
Facsimile:    214.885.1333

Attorneys for Defendants
NEORA INTERNATIONAL, LLC (FKA NERIUM INTERNATIONAL, LLC), JEFF OLSON, RENEE OLSON, and AMBER OLSON ROURKE

DRINKER BIDDLE & REATH LLP
Jeffrey Jacobson
Jeffrey.Jacobson@dbr.com
1177 Avenue of the Americas
New York, NY 10536
Tel.:    212.248.3191
Fax:    212.248.3141

BURNS CHAREST LLP
Daniel H. Charest
dcharest@burnscharest.com
Mallory Toby Biblo
mbiblo@burnscharest.com
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel.:    469.904.4550
Fax:    469.444.5002

Attorneys for Defendant
MICHAEL SHOUHED

SQUIRE PATTON BOGGS (US) LLP
Jonathan R. Mureen
jon.mureen@squirepb.com
Brian Matthew Gillett
brian.gillett@squirepb.com
Alexander J. Toney
alex.toney@squirepb.com
Samuel R. Genovese
samuel.genovese@squirepb.com
2000 McKinney Ave., Suite 1700
Dallas, TX 75201
Tel.:    214.758.1500
Fax:    214.758.1550

Attorneys for Defendants
NERIUM SKINCARE, INC.,
NERIUM BIOTECHNOLOGY, INC., and
NATURAL TECHNOLOGY, INC., D/B/A NATURTECH

By: */s/ Blake Lindemann*
         Blake Lindemann