# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HELEN JIA, aka JINGMIN ROGERS, et al. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:17-CV-3057-S |
| NERIUM INTERNATIONAL, LLC et al. | § § | |

## ORDER

Due to Plaintiff's Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [ECF No. 159], the Court **REOPENS** this case and **DISMISSES** Plaintiffs' individual claims with prejudice and their class claims without prejudice. Any trial setting and scheduling order are vacated and all pending motions and/or hearings are terminated.

**SO ORDERED.**

SIGNED June 10, 2020.

_____
**KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE**